UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD RAY DEBOSE,

        Plaintiff,

    v.

DAVID A. WILDMAN, et al.,

        Defendants.

Case No.  17-cv-03705-SI

**JUDGMENT**

      This action is dismissed without prejudice to plaintiff asserting his claims in a new complaint for which he pays the full filing fee at the time he files that action.

      **IT IS SO ORDERED AND ADJUDGED**.

Dated: January 16, 2018

_____
SUSAN ILLSTON
United States District Judge